**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **ROBERT DALE WARE,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 7:09-CV-156-O** |
| | ) | |
| **78TH DISTRICT COURT OF WICHITA** | ) | |
| **COUNTY, TX,** | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

After conducting a review of the pleadings, files and records in this case, and the

Findings and Recommendation of the United States Magistrate Judge (Doc. # 7) and the

objections thereto (Doc. # 8) in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that

the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby

accepted as the Findings of the Court.

SO ORDERED this 19th day of October, 2009.


_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**